Thomas Monaghan, ISB #7675
Thomas Monaghan Law, PLLC
409 S. 8th St. – Room 205
Boise, Idaho  83702
(208) 813-4766
tom@tmonaghanlaw.com

Attorney for Defendant
SAMUEL BEJERANO COLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

(HONORABLE AMANDA K. BRAILSFORD)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL BEJERANO COLIN<br><br>Defendant. | Case No: 1:25-cr-0291-AKB<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO CONTINUE TRIAL READINESS CONFERENCE AND TRIAL** |

Thomas Monaghan hereby affirms:

1.      I was previously appointed under the Criminal Justice Act as Mr. Colin's attorney in this case.

2.      The Court previously scheduled the trial readiness conference and trial for April 23 and May 4, 2026, respectively.

3.      Mr. Colin respectfully requests the Court to continue the trial readiness

**Motion to Reopen**
**Detention Hearing - 1**

conference and trial in this case to provide sufficient time to review discovery materials with counsel and to prepare his case for trial.

4.      While these events have been previously continued by the Court, there is still substantial discovery provided by the government to review.  In addition to providing the defense with an initial thumb drive containing substantial storage space, since the first continuance was granted, the government has now disclosed additional voluminous discovery to the defense.  I provided the government with a second thumb drive with 2 terabytes of discovery, which the government loaded with additional voluminous discovery materials.  I need a substantial amount of additional time to review that material with Mr. Colin.

4.      In connection with this request, undersigned counsel has communicated with counsel for the government. AUSA Nafzger advised that the government has no objection to the instant defense motion.

5.      I have additional communicated with counsel for the other co-defendants in this case.  All of the attorneys for the co-defendants have indicated their clients do not object to the instant continuance.

6.      This motion is brought in good faith and not to  improperly delay these proceedings. The requested continuance is necessary to ensure Mr. Colin receives effective assistance of counsel.  Mr. Colin understands his rights under the Speedy Trial Act; he waives the same with respect to any continuance granted by this Court in response to this motion.

**Motion to Reopen**
**Detention Hearing - 2**

7.     This motion is being filed well before the currently scheduled dates because the government had inquired whether the case would be going to trial as currently scheduled, given its need to begin identifying and subpoenaing witnesses in the near future if that were the case.  Nevertheless, the amount of discovery provided in this case justifies a continuance of the requested length from the currently scheduled dates for the trial readiness conference and trial.

     Dated: March 27, 2026     Respectfully submitted,

     /s/Thomas Monaghan
     Thomas Monaghan

**Motion to Reopen**
**Detention Hearing - 3**